IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WILBERT R. HOLMES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:21-CV-0934-G-BT |
| MOTOR HOME SPECIALIST, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated August 30, 2022. The court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED**.

September 15, 2022.

_____
**A. JOE FISH
Senior United States District Judge**